UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Bruce K. Redding, Jr.           :        Chapter 13

       Debtor                        :        Bankruptcy No. 25-12678-amc

## REJECTION OF CHAPTER 13 TRUSTEE APPOINTMENT

I hereby reject the Chapter 13 Trustee appointment in this case as I previously represented the Debtor in State Court litigation.  Kindly appoint Kenneth E. West, Chapter 13 Trustee in the above case.

Date: August 4, 2025                    /s/ Scott F. Waterman
                                                   Scott F. Waterman, Esquire
                                                   2901 St. Lawrence Ave, Suite 100
                                                   Reading, PA  19606
                                                   610-779-1313