UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     BRUCE K. REDDING, JR. <br><br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 25-12678-AMC |

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 07/02/2025.

3. This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) is/are ineligible to file a Chapter 13 petition pursuant to 11 U.S.C. Section 109(e) because debtor(s) is/are not an individual with regular income or because the aggregate secured and/or unsecured debt of debtor(s) exceeds the statutory limits.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 10/07/2025                          Respectfully submitted,

                                             */s/ Kenneth E. West, Esq.*
                                             Kenneth E. West, Esq.
                                             Standing Chapter 13 Trusteee
                                             190 N. Independence Mall West
                                             Suite 701
                                             Philadelphia, PA  19106
                                             Telephone: (215) 627-1377